| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | JACK B. SCHMETTERER |
| Taft Stettinius & Hollister | Chapter 7 | |
| 111 East Wacker Drive | Location: | 682 |
| Suite 2800 | Hearing Date: | / / |
| Chicago, IL 60601 | Hearing Time: | |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: KRISCHAK, DONALD P § Case No. 13-44911
      KRISCHAK, CHRISTINE M §
                            §
Debtor(s)                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 19, 2013. The undersigned trustee was appointed on November 19, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

4. The trustee realized the gross receipts of  $185,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 71,599.88 |
| Administrative expenses | 16,241.10 |
| Bank service fees | 279.73 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 30,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 66,879.29 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/14/2014 and the deadline for filing governmental claims was 05/18/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,739.92. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $10,739.92, for a total compensation of $10,739.92.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $211.28, for total expenses of $211.28.[2]

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/25/2014          By:/s/KAREN R. GOODMAN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-44911  
**Case Name:** KRISCHAK, DONALD P  
                KRISCHAK, CHRISTINE M  
**Period Ending:** 11/25/14

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 11/19/13 (f)  
**§341(a) Meeting Date:** 01/07/14  
**Claims Bar Date:** 07/14/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home, Location: 6111 W. Dakin Stre<br>Imported from original petition Doc# 1 | 132,000.00 | 23,126.91 | | 185,000.00 | FA |
| 2 | Checking account with Chase xxx - 2978<br>Imported from original petition Doc# 1 | 18.00 | 0.00 | | 0.00 | FA |
| 3 | Everyday household goods and furnishings<br>Imported from original petition Doc# 1 | 2,515.00 | 1,749.35 | | 0.00 | FA |
| 4 | Everyday apparel<br>Imported from original petition Doc# 1 | 550.00 | 0.00 | | 0.00 | FA |
| 5 | Costume Jewelry and wedding ring<br>Imported from original petition Doc# 1 | 225.00 | 0.00 | | 0.00 | FA |
| 6 | Fire Arms: Shotgun Remmington 870 express with a<br>Imported from original petition Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 7 | State Farm Life Insurance<br>Imported from original petition Doc# 1 | 7,394.38 | 0.00 | | 0.00 | FA |
| 8 | Jackson National Life Insurance Company - Life I<br>Imported from original petition Doc# 1 | 3,412.91 | 0.00 | | 0.00 | FA |
| 9 | 2006 Pontiac Torrent with 38,000 in good conditi<br>Imported from original petition Doc# 1 | 6,882.00 | 0.00 | | 0.00 | FA |
| 10 | Boat: 2000 16' Tracker with trailer and motor<br>Imported from original petition Doc# 1 | 2,750.00 | 0.00 | | 0.00 | FA |
| 10 | **Assets** Totals (Excluding unknown values) | **$156,097.29** | **$24,876.26** | | **$185,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Retain real estate broker to sell Debtor's residence.

**Initial Projected Date Of Final Report (TFR):** June 30, 2015      **Current Projected Date Of Final Report (TFR):** June 30, 2015

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-44911  
**Case Name:** KRISCHAK, DONALD P  
KRISCHAK, CHRISTINE M  
**Taxpayer ID #:** **-***5182  
**Period Ending:** 11/25/14  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 08/04/14 | | Chicago Title and Truste Company | Sale of real estate pursuant to Court Order dated 6/24/14. | | | 67,159.02 | | 67,159.02 |
| | {1} | Alfredo J. Estrada | Purchaser - Purchase Price | 185,000.00 | 1110-000 | | | 67,159.02 |
| | | JPMC Home Equity | Payoff Existing Mortgage Loan | -68,372.94 | 4110-000 | | | 67,159.02 |
| | | Donald P. and Christine M. Kirschak | Homestead Exemptions | -30,000.00 | 8100-002 | | | 67,159.02 |
| | | Berkshire Hathaway | Commission to Real Estate Broker | -11,100.00 | 3510-000 | | | 67,159.02 |
| | | Chicago Title & Trust | Escrow Fee - 1/2 | -500.00 | 2500-000 | | | 67,159.02 |
| | | Chicago Title and Trust Company | Title Insurance | -850.00 | 2500-000 | | | 67,159.02 |
| | | Chicago Title and Trust Company | Commitment Update | -125.00 | 2500-000 | | | 67,159.02 |
| | | Chicago Title and Trust Company | Closing Protection Letter - Seller | -50.00 | 2500-000 | | | 67,159.02 |
| | | Chicago Title and Trust Company | Tax Payment Services | -100.00 | 2500-000 | | | 67,159.02 |
| | | Chicago Title and Trust Company | Recording Release | -52.00 | 2500-000 | | | 67,159.02 |
| | | Chicago Title and Trust Company | Transfer Tax | -185.00 | 2500-000 | | | 67,159.02 |
| | | Chicago Title and Trust Company | County Tax | -92.50 | 2500-000 | | | 67,159.02 |
| | | Chicago Title and Trust Company | City of Chicago (CTA) Transfer Tax | -555.00 | 2500-000 | | | 67,159.02 |
| | | Taft Stettinius & Hollister LLP | Reimbursement for Water & Zoning Certificaes | -170.00 | 2500-000 | | | 67,159.02 |
| | | Cook County Collector | 2013 Tax (#1 & #2) | -3,226.94 | 4700-000 | | | 67,159.02 |
| | | Cook County Collector | Duplicate Tax Bill | -12.00 | 2500-000 | | | 67,159.02 |
| | | Cook County Collector | Real Estate Tax 1/01/2014 - 07/28/2014 | -1,954.60 | 2820-000 | | | 67,159.02 |
| | | Certified Survey, Inc. | Certified Survey #851790 | -495.00 | 2500-000 | | | 67,159.02 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 77.27 | 67,081.75 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 102.91 | 66,978.84 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 99.55 | 66,879.29 |
| | | | **ACCOUNT TOTALS** | | | 67,159.02 | 279.73 | **$66,879.29** |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 67,159.02 | 279.73 | |
| | | | Less: Payments to Debtors | | | | 30,000.00 | |
| | | | **NET Receipts / Disbursements** | | | **$67,159.02** | **$-29,720.27** | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 13-44911 | **Trustee:** KAREN R. GOODMAN (520191) |
| **Case Name:** KRISCHAK, DONALD P | **Bank Name:** Rabobank, N.A. |
| KRISCHAK, CHRISTINE M | **Account:** ******2166 - Checking Account |
| **Taxpayer ID #:** **-***5182 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 11/25/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| | | | **Checking # ******2166** | | 67,159.02 | -29,720.27 | 66,879.29 |
| | | | | | $67,159.02 | $279.73 | $66,879.29 |

{} Asset reference(s)

Printed: 11/25/2014 12:30 PM    V.13.15

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 14, 2014

**Case Number:** 13-44911  
**Debtor Name:** KRISCHAK, DONALD P

Page: 1

**Date:** November 25, 2014  
**Time:** 12:30:56 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | KAREN R. GOODMAN<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 149798.31] | $10,739.92 | $0.00 | 10,739.92 |
| 200 | KAREN R. GOODMAN<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601 | Admin Ch. 7 | | $211.28 | $0.00 | 211.28 |
| 200 | Taft Stettinius & Hollister LLP<br>111 East Wacker Drive<br>SUITE 2800<br>CHICAGO, IL 60601 | Admin Ch. 7 | | $6,950.00 | $0.00 | 6,950.00 |
| 200 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>29 SOUTH LASALLE, STE 1240<br>CHICAGO, IL 60603 | Admin Ch. 7 | | $1,467.30 | $0.00 | 1,467.30 |
| 200 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>29 SOUTH LASALLE, STE 1240<br>CHICAGO, IL 60603 | Admin Ch. 7 | | $14.45 | $0.00 | 14.45 |
| 1<br>610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $3,074.14 | $0.00 | 3,074.14 |
| 2<br>620 | NCNS<br>675 W. North Ave Ste 608<br>Melrose Park, IL 60160-1627 | Unsecured | | $101.81 | $0.00 | 101.81 |
| 3<br>620 | City of Chicago<br>33589 Treasury Ctr<br>Chicago, IL 60694 | Unsecured | | $905.00 | $0.00 | 905.00 |
| 4<br>620 | Chase Bank USA N A<br>Pob 15298<br>Wilmington, DE 19850 | Unsecured | | $2,602.35 | $0.00 | 2,602.35 |
| 5<br>620 | Chase Bank USA N A<br>Pob 15298<br>Wilmington, DE 19850 | Unsecured | | $11,080.37 | $0.00 | 11,080.37 |
| 6<br>620 | Chase Bank USA N A<br>Pob 15298<br>Wilmington, DE 19850 | Unsecured | | $5,717.20 | $0.00 | 5,717.20 |
| 7<br>620 | Chase Bank USA N A<br>Pob 15298<br>Wilmington, DE 19850 | Unsecured | | $8,600.52 | $0.00 | 8,600.52 |
| 8<br>620 | Chase Bank USA N A<br>Pob 15298<br>Wilmington, DE 19850 | Unsecured | | $10,157.61 | $0.00 | 10,157.61 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 14, 2014

**Case Number:** 13-44911  
**Debtor Name:** KRISCHAK, DONALD P  

Page: 2

**Date:** November 25, 2014  
**Time:** 12:30:56 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 1I 640 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $4.05 | $0.00 | 4.05 |
| 2I 640 | NCNS<br>675 W. North Ave Ste 608<br>Melrose Park, IL 60160-1627 | Unsecured | | $0.13 | $0.00 | 0.13 |
| 3I 640 | City of Chicago<br>33589 Treasury Ctr<br>Chicago, IL 60694 | Unsecured | | $1.19 | $0.00 | 1.19 |
| 4I 640 | Chase Bank USA N A<br>Pob 15298<br>Wilmington, DE 19850 | Unsecured | | $3.43 | $0.00 | 3.43 |
| 5I 640 | Chase Bank USA N A<br>Pob 15298<br>Wilmington, DE 19850 | Unsecured | | $14.60 | $0.00 | 14.60 |
| 6I 640 | Chase Bank USA N A<br>Pob 15298<br>Wilmington, DE 19850 | Unsecured | | $7.53 | $0.00 | 7.53 |
| 7I 640 | Chase Bank USA N A<br>Pob 15298<br>Wilmington, DE 19850 | Unsecured | | $11.33 | $0.00 | 11.33 |
| 8I 640 | Chase Bank USA N A<br>Pob 15298<br>Wilmington, DE 19850 | Unsecured | | $13.39 | $0.00 | 13.39 |
| SURPLUS 650 | KRISCHAK, DONALD P<br>6111 W. DAKIN STREET<br>CHICAGO, IL 60634 | Unsecured | | $5,201.69 | $0.00 | 5,201.69 |
| **<< Totals >>** | | | | 66,879.29 | 0.00 | 66,879.29 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 13-44911
Case Name: KRISCHAK, DONALD P
Trustee Name: KAREN R. GOODMAN

**Balance on hand:** $ 66,879.29

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 66,879.29

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 10,739.92 | 0.00 | 10,739.92 |
| Trustee, Expenses - KAREN R. GOODMAN | 211.28 | 0.00 | 211.28 |
| Attorney for Trustee, Fees - Taft Stettinius & Hollister LLP | 6,950.00 | 0.00 | 6,950.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 1,467.30 | 0.00 | 1,467.30 |
| Accountant for Trustee, Expenses - ALAN D. LASKO | 14.45 | 0.00 | 14.45 |

Total to be paid for chapter 7 administration expenses: $ 19,382.95
Remaining balance: $ 47,496.34

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 47,496.34

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 47,496.34 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,074.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital Recovery V, LLC | 3,074.14 | 0.00 | 3,074.14 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 3,074.14 |
| | Remaining balance: | $ | 44,422.20 |

Tardily filed claims of general (unsecured) creditors totaling $ 39,164.86 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | NCNS | 101.81 | 0.00 | 101.81 |
| 3 | City of Chicago | 905.00 | 0.00 | 905.00 |
| 4 | Chase Bank USA N A | 2,602.35 | 0.00 | 2,602.35 |
| 5 | Chase Bank USA N A | 11,080.37 | 0.00 | 11,080.37 |
| 6 | Chase Bank USA N A | 5,717.20 | 0.00 | 5,717.20 |
| 7 | Chase Bank USA N A | 8,600.52 | 0.00 | 8,600.52 |

**UST Form 101-7-TFR (05/1/2011)**

| 8 | Chase Bank USA N A | 10,157.61 | 0.00 | 10,157.61 |

|   | Total to be paid for tardy general unsecured claims: | $ 39,164.86 |
|   | Remaining balance: | $ 5,257.34 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   | Total to be paid for subordinated claims: | $ 0.00 |
|   | Remaining balance: | $ 5,257.34 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $55.65. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 5,201.69.

**UST Form 101-7-TFR (05/1/2011)**