| | | |
|---|---|---|
| KAREN R. GOODMAN<br>Taft Stettinius & Hollister<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601<br>(312) 527-4000<br>Chapter 7 Trustee | The Honorable:<br>Chapter 7<br>Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: | JACK B. SCHMETTERER<br><br>682<br>01/27/2015<br>10:30am<br>/ / |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: KRISCHAK, DONALD P　　　　　　　§　Case No. 13-44911-JBS
　　　　KRISCHAK, CHRISTINE M　　　　　§
　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　§

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　219 S. Dearborn Street
　　　Chicago, IL 60604

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 01/27/2015 in Courtroom 682, United States Courthouse, 219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 12/12/2014          By: /s/KAREN R. GOODMAN
                                              Trustee

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, IL  60601
(312) 527-4000
kgoodman@taftlaw.com

UST Form 101-7-NFR (10/1/2010)

| KAREN R. GOODMAN | The Honorable: | JACK B. SCHMETTERER |
|---|---|---|
| Taft Stettinius & Hollister | Chapter 7 | |
| 111 East Wacker Drive | Location: | 682 |
| Suite 2800 | Hearing Date: | 01/27/2015 |
| Chicago, IL 60601 | Hearing Time: | 10:30am |
| (312) 527-4000 | Response Date: | / / |

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: KRISCHAK, DONALD P § Case No. 13-44911-JBS
KRISCHAK, CHRISTINE M §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 185,000.00 |
| *and approved disbursements of* | $ | 118,120.71 |
| *leaving a balance on hand of* [1] | $ | 66,879.29 |
| **Balance on hand:** | $ | 66,879.29 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 66,879.29

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 10,739.92 | 0.00 | 10,739.92 |
| Trustee, Expenses - KAREN R. GOODMAN | 211.28 | 0.00 | 211.28 |
| Attorney for Trustee, Fees - Taft Stettinius & Hollister LLP | 6,950.00 | 0.00 | 6,950.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 1,467.30 | 0.00 | 1,467.30 |
| Accountant for Trustee, Expenses - ALAN D. LASKO | 14.45 | 0.00 | 14.45 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 19,382.95 |
| Remaining balance: | $ | 47,496.34 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 47,496.34 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 47,496.34 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,074.14 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital Recovery V, LLC | 3,074.14 | 0.00 | 3,074.14 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,074.14 |
| Remaining balance: | $ | 44,422.20 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 39,164.86 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | NCNS | 101.81 | 0.00 | 101.81 |
| 3 | City of Chicago | 905.00 | 0.00 | 905.00 |
| 4 | Chase Bank USA N A | 2,602.35 | 0.00 | 2,602.35 |
| 5 | Chase Bank USA N A | 11,080.37 | 0.00 | 11,080.37 |
| 6 | Chase Bank USA N A | 5,717.20 | 0.00 | 5,717.20 |
| 7 | Chase Bank USA N A | 8,600.52 | 0.00 | 8,600.52 |
| 8 | Chase Bank USA N A | 10,157.61 | 0.00 | 10,157.61 |

Total to be paid for tardy general unsecured claims: $ 39,164.86
Remaining balance: $ 5,257.34

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 5,257.34

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $55.65. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $5,201.69.

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/KAREN R. GOODMAN
Trustee

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
(312) 527-4000
kgoodman@taftlaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Donald P Krischak                                                     Case No. 13-44911-JBS
Christine M Krischak                                                  Chapter 7
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0752-1            User: esullivan              Page 1 of 2              Date Rcvd: Dec 15, 2014
                                Form ID: pdf006              Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2014.
```
db/jdb         #+Donald P Krischak,    Christine M Krischak,    6111 W. Dakin Street,    Chicago, IL 60634-2537
aty             +Karen R Goodman,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
                  Chicago, IL 60601-4209
aty             +Taft Stettinius & Hollister LLP,   111 East Wacker Drive,    Suite 2800,
                  Chicago, IL 60601-4277
21239932         ARS National Services Inc,    PO Box 463023,    Escondido, CA 92046-3023
21239929        +Addison Central Pathology,    520 E. 22nd St,    Lombard, IL 60148-6110
21239930        +Addison Emergency Physicians,    5645 W Addison St,    Chicago, IL 60634-4403
21239931         Addison Radiology Assoc,    520 E 22nd St,    Lombard, IL 60148-6110
21239933         Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
21239934        +Central Addison Med Group,    PO Box 2245,    Schiller Park, IL 60176-0245
21239936        +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21239935        +Chase,    Po Box 24696,    Columbus, OH 43224-0696
22278276        +Chase Bank USA N A,    Pob 15298,    Wilmington, DE 19850-5298
21239937        +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
21239938        +City of Chicago,    33589 Treasury Ctr,    Chicago, IL 60694-3500
21239939        +David L. Fishman MDSC,    5600 W. Addison St 505,    Chicago, IL 60634-4466
21239940         I.C.S. Inc,    PO Box 1010,    Tinley Park, IL 60477-9110
21239941        +Illinois Collection Se,    Po Box 1010,    Tinley Park, IL 60477-9110
21239943         NCNS,   675 W. North Ave Ste 608,    Melrose Park, IL 60160-1627
21239944        +Our Lady of Ressurection,    Medical Center,    5645 W Addison St,,    Chicago, IL 60634-4403
21239945         Resurrection Healthcare,    62314 Collection Center Dr,    Chicago, IL 60693-0623
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22136997         E-mail/PDF: rmscedi@recoverycorp.com Dec 16 2014 01:34:36      Capital Recovery V, LLC,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21239942         Fax: 847-227-2151 Dec 16 2014 02:59:32      Medical Recovery Specialists,    2250 E.Devon Avenue,
                  Suite 352,    Des Plaines, IL 60018-4519
21239946        +E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2014 01:22:15      Sams Club / GEMB,
                  Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22249524*       +NCNS,   675 W North Ave Suite 608,    Melrose Park, IL 60160-1627
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2014 at the address(es) listed below:
```
              Charles T Newland    on behalf of Joint Debtor Christine M Krischak chuck@cnewlandassociates.com,
               sean@cnewlandassociates.com;laura@cnewlandassociates.com
              Charles T Newland    on behalf of Debtor Donald P Krischak chuck@cnewlandassociates.com,
               sean@cnewlandassociates.com;laura@cnewlandassociates.com
              Karen R Goodman, ESQ    on behalf of Accountant Alan D Lasko kgoodman@taftlaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Karen R Goodman, ESQ    kgoodman@taftlaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Karen R Goodman, ESQ    on behalf of Trustee Karen R Goodman, ESQ kgoodman@taftlaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```

```
District/off: 0752-1           User: esullivan              Page 2 of 2                   Date Rcvd: Dec 15, 2014
                               Form ID: pdf006              Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 6