| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | JACK B. SCHMETTERER |
| Taft Stettinius & Hollister | Chapter 7 | |
| 111 East Wacker Drive | Location: | 682 |
| Suite 2800 | Hearing Date: | / / |
| Chicago, IL 60601 | Hearing Time: | |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: KRISCHAK, DONALD P  § Case No. 13-44911
  KRISCHAK, CHRISTINE M  §
  §
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $24,097.29    Assets Exempt: $52,347.94
*(without deducting any secured claims)*

Total Distribution to Claimants: $113,894.53    Claims Discharged Without Payment: $0.00

Total Expenses of Administration: $35,903.78

3) Total gross receipts of $ 185,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 35,201.69 (see **Exhibit 2**), yielded net receipts of $149,798.31 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $71,599.88 | $71,599.88 | $71,599.88 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 35,903.78 | 35,903.78 | 35,903.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 42,294.65 | 42,294.65 | 42,294.65 |
| **TOTAL DISBURSEMENTS** | $0.00 | $149,798.31 | $149,798.31 | $149,798.31 |

4) This case was originally filed under Chapter 7 on November 19, 2013. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/15/2015            By: /s/KAREN R. GOODMAN
                                  Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single Family Home, Location: 6111 W. Dakin Stre | 1110-000 | 185,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$185,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Donald P. and Christine M. Kirschak | Homestead Exemptions | 8100-002 | 30,000.00 |
| KRISCHAK, DONALD P. and CHRISTINE M. | FIRST AND FINAL SURPLUS PAYMENT PER COURT ORDER OF 01/27/2015 | 8200-002 | 5,201.69 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$35,201.69** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JPMC Home Equity | 4110-000 | N/A | 68,372.94 | 68,372.94 | 68,372.94 |
| | Cook County Collector | 4700-000 | N/A | 3,226.94 | 3,226.94 | 3,226.94 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$71,599.88** | **$71,599.88** | **$71,599.88** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 10,739.92 | 10,739.92 | 10,739.92 |
| KAREN R. GOODMAN | 2200-000 | N/A | 211.28 | 211.28 | 211.28 |

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Taft Stettinius & Hollister LLP | 3110-000 | N/A | 6,950.00 | 6,950.00 | 6,950.00 |
| ALAN D. LASKO | 3410-000 | N/A | 1,467.30 | 1,467.30 | 1,467.30 |
| ALAN D. LASKO | 3420-000 | N/A | 14.45 | 14.45 | 14.45 |
| Berkshire Hathaway | 3510-000 | N/A | 11,100.00 | 11,100.00 | 11,100.00 |
| Chicago Title & Trust | 2500-000 | N/A | 500.00 | 500.00 | 500.00 |
| Chicago Title and Trust Company | 2500-000 | N/A | 850.00 | 850.00 | 850.00 |
| Chicago Title and Trust Company | 2500-000 | N/A | 125.00 | 125.00 | 125.00 |
| Chicago Title and Trust Company | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Chicago Title and Trust Company | 2500-000 | N/A | 100.00 | 100.00 | 100.00 |
| Chicago Title and Trust Company | 2500-000 | N/A | 52.00 | 52.00 | 52.00 |
| Chicago Title and Trust Company | 2500-000 | N/A | 185.00 | 185.00 | 185.00 |
| Chicago Title and Trust Company | 2500-000 | N/A | 92.50 | 92.50 | 92.50 |
| Chicago Title and Trust Company | 2500-000 | N/A | 555.00 | 555.00 | 555.00 |
| Taft Stettinius & Hollister LLP | 2500-000 | N/A | 170.00 | 170.00 | 170.00 |
| Cook County Collector | 2500-000 | N/A | 12.00 | 12.00 | 12.00 |
| Cook County Collector | 2820-000 | N/A | 1,954.60 | 1,954.60 | 1,954.60 |
| Certified Survey, Inc. | 2500-000 | N/A | 495.00 | 495.00 | 495.00 |
| Rabobank, N.A. | 2600-000 | N/A | 77.27 | 77.27 | 77.27 |
| Rabobank, N.A. | 2600-000 | N/A | 102.91 | 102.91 | 102.91 |
| Rabobank, N.A. | 2600-000 | N/A | 99.55 | 99.55 | 99.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $35,903.78 | $35,903.78 | $35,903.78 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital Recovery V, LLC | 7100-000 | N/A | 3,074.14 | 3,074.14 | 3,074.14 |
| 1I | Capital Recovery V, LLC | 7990-000 | N/A | 4.05 | 4.05 | 4.05 |
| 2 | NCNS | 7200-000 | N/A | 101.81 | 101.81 | 101.81 |
| 2I | NCNS | 7990-000 | N/A | 0.13 | 0.13 | 0.13 |
| 3 | City of Chicago | 7200-000 | N/A | 905.00 | 905.00 | 905.00 |
| 3I | City of Chicago | 7990-000 | N/A | 1.19 | 1.19 | 1.19 |
| 4 | Chase Bank USA N A | 7200-000 | N/A | 2,602.35 | 2,602.35 | 2,602.35 |
| 4I | Chase Bank USA N A | 7990-000 | N/A | 3.43 | 3.43 | 3.43 |
| 5 | Chase Bank USA N A | 7200-000 | N/A | 11,080.37 | 11,080.37 | 11,080.37 |
| 5I | Chase Bank USA N A | 7990-000 | N/A | 14.60 | 14.60 | 14.60 |
| 6 | Chase Bank USA N A | 7200-000 | N/A | 5,717.20 | 5,717.20 | 5,717.20 |
| 6I | Chase Bank USA N A | 7990-000 | N/A | 7.53 | 7.53 | 7.53 |
| 7 | Chase Bank USA N A | 7200-000 | N/A | 8,600.52 | 8,600.52 | 8,600.52 |
| 7I | Chase Bank USA N A | 7990-000 | N/A | 11.33 | 11.33 | 11.33 |
| 8 | Chase Bank USA N A | 7200-000 | N/A | 10,157.61 | 10,157.61 | 10,157.61 |
| 8I | Chase Bank USA N A | 7990-000 | N/A | 13.39 | 13.39 | 13.39 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $42,294.65 | $42,294.65 | $42,294.65 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-44911  
**Case Name:** KRISCHAK, DONALD P  
KRISCHAK, CHRISTINE M  
**Period Ending:** 04/15/15

**Trustee:** (520191)   KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 11/19/13 (f)  
**§341(a) Meeting Date:** 01/07/14  
**Claims Bar Date:** 07/14/14

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home, Location: 6111 W. Dakin Stre  Imported from original petition Doc# 1 | 132,000.00 | 23,126.91 | | 185,000.00 | FA |
| 2 | Checking account with Chase xxx - 2978  Imported from original petition Doc# 1 | 18.00 | 0.00 | | 0.00 | FA |
| 3 | Everyday household goods and furnishings  Imported from original petition Doc# 1 | 2,515.00 | 1,749.35 | | 0.00 | FA |
| 4 | Everyday apparel  Imported from original petition Doc# 1 | 550.00 | 0.00 | | 0.00 | FA |
| 5 | Costume Jewelry and wedding ring  Imported from original petition Doc# 1 | 225.00 | 0.00 | | 0.00 | FA |
| 6 | Fire Arms: Shotgun Remmington 870 express with a  Imported from original petition Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 7 | State Farm Life Insurance  Imported from original petition Doc# 1 | 7,394.38 | 0.00 | | 0.00 | FA |
| 8 | Jackson National Life Insurance Company - Life I  Imported from original petition Doc# 1 | 3,412.91 | 0.00 | | 0.00 | FA |
| 9 | 2006 Pontiac Torrent with 38,000 in good conditi  Imported from original petition Doc# 1 | 6,882.00 | 0.00 | | 0.00 | FA |
| 10 | Boat: 2000 16' Tracker with trailer and motor  Imported from original petition Doc# 1 | 2,750.00 | 0.00 | | 0.00 | FA |
| 10 | Assets  Totals (Excluding unknown values) | **$156,097.29** | **$24,876.26** | | **$185,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

File TDR

**Initial Projected Date Of Final Report (TFR):**   June 30, 2015   **Current Projected Date Of Final Report (TFR):**   December 12, 2014  (Actual)

Printed: 04/15/2015 11:36 AM   V.13.21

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-44911  
**Case Name:** KRISCHAK, DONALD P  
KRISCHAK, CHRISTINE M  
**Taxpayer ID #:** **-***5182  
**Period Ending:** 04/15/15

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 08/04/14 | | Chicago Title and Truste Company | Sale of real estate pursuant to Court Order dated 6/24/14. | | | 67,159.02 | | 67,159.02 |
| | {1} | Alfredo J. Estrada | Purchaser - Purchase Price | 185,000.00 | 1110-000 | | | 67,159.02 |
| | | JPMC Home Equity | Payoff Existing Mortgage Loan | -68,372.94 | 4110-000 | | | 67,159.02 |
| | | Donald P. and Christine M. Kirschak | Homestead Exemptions | -30,000.00 | 8100-002 | | | 67,159.02 |
| | | Berkshire Hathaway | Commission to Real Estate Broker | -11,100.00 | 3510-000 | | | 67,159.02 |
| | | Chicago Title & Trust | Escrow Fee - 1/2 | -500.00 | 2500-000 | | | 67,159.02 |
| | | Chicago Title and Trust Company | Title Insurance | -850.00 | 2500-000 | | | 67,159.02 |
| | | Chicago Title and Trust Company | Commitment Update | -125.00 | 2500-000 | | | 67,159.02 |
| | | Chicago Title and Trust Company | Closing Protection Letter - Seller | -50.00 | 2500-000 | | | 67,159.02 |
| | | Chicago Title and Trust Company | Tax Payment Services | -100.00 | 2500-000 | | | 67,159.02 |
| | | Chicago Title and Trust Company | Recording Release | -52.00 | 2500-000 | | | 67,159.02 |
| | | Chicago Title and Trust Company | Transfer Tax | -185.00 | 2500-000 | | | 67,159.02 |
| | | Chicago Title and Trust Company | County Tax | -92.50 | 2500-000 | | | 67,159.02 |
| | | Chicago Title and Trust Company | City of Chicago (CTA) Transfer Tax | -555.00 | 2500-000 | | | 67,159.02 |
| | | Taft Stettinius & Hollister LLP | Reimbursement for Water & Zoning Certificaes | -170.00 | 2500-000 | | | 67,159.02 |
| | | Cook County Collector | 2013 Tax (#1 & #2) | -3,226.94 | 4700-000 | | | 67,159.02 |
| | | Cook County Collector | Duplicate Tax Bill | -12.00 | 2500-000 | | | 67,159.02 |
| | | Cook County Collector | Real Estate Tax 1/01/2014 - 07/28/2014 | -1,954.60 | 2820-000 | | | 67,159.02 |
| | | Certified Survey, Inc. | Certified Survey #851790 | -495.00 | 2500-000 | | | 67,159.02 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 77.27 | 67,081.75 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 102.91 | 66,978.84 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 99.55 | 66,879.29 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 86.57 | 66,792.72 |
| 12/10/14 | | Rabobank | Service Fee Credit Adjustment | | 2600-000 | | -86.57 | 66,879.29 |
| 01/27/15 | 101 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 01/27/2015 | | 3410-000 | | 1,467.30 | 65,411.99 |
| 01/27/15 | 102 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS EXPENSES | | 3420-000 | | 14.45 | 65,397.54 |

Subtotals : $67,159.02 $1,761.48

{} Asset reference(s)

Printed: 04/15/2015 11:36 AM V.13.21

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 13-44911 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | KRISCHAK, DONALD P | | Bank Name: | Rabobank, N.A. |
| | KRISCHAK, CHRISTINE M | | Account: | ******2166 - Checking Account |
| Taxpayer ID #: | **-***5182 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/15/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | PER COURT ORDER DATED 01/27/2015 | | | | |
| 01/27/15 | 103 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 01/27/2015 | 2100-000 | | 10,739.92 | 54,657.62 |
| 01/27/15 | 104 | KAREN R. GOODMAN | TRUSTEE EXPENSES PER COURT ORDER DATED 01/27/2015 | 2200-000 | | 211.28 | 54,446.34 |
| 01/27/15 | 105 | Taft Stettinius & Hollister LLP | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 01/27/2015 | 3110-000 | | 6,950.00 | 47,496.34 |
| 01/27/15 | 106 | Capital Recovery V, LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 | 7100-000 | | 3,074.14 | 44,422.20 |
| 01/27/15 | 107 | Capital Recovery V, LLC | FIRST AND FINAL INTEREST PAYMENT FOR CLAIM NO. 1 PER COURT ORDER DATED 01/27/2015 | 7990-000 | | 4.05 | 44,418.15 |
| 01/27/15 | 108 | NCNS | FIRST AND FINAL PAYMENT FOR CLAIM NO. 2 PER COURT ORDER OF 01/27/2015 | 7200-000 | | 101.81 | 44,316.34 |
| 01/27/15 | 109 | NCNS | FIRST AND FINAL INTEREST PAYMENT FOR CLAIM NO. 2 PER COURT ORDER OF 01/27/2015 | 7990-000 | | 0.13 | 44,316.21 |
| 01/27/15 | 110 | City of Chicago | FIRST AND FINAL DIVIDEND PAYMENT FOR CLAIM NO. 3 PER COURT ORDER OF 01/27/2015 | 7200-000 | | 905.00 | 43,411.21 |
| 01/27/15 | 111 | City of Chicago | FIRST AND FINAL INTEREST PAYMENT FOR CLAIM NO. 3 PER COURT ORDER OF 01/27/2015 | 7990-000 | | 1.19 | 43,410.02 |
| 01/27/15 | 112 | Chase Bank USA N A | FIRST AND FINAL DIVIDEND PAYMENT FOR CLAIM NO. 4 PER COURT ORDER OF 01/27/2015 | 7200-000 | | 2,602.35 | 40,807.67 |
| 01/27/15 | 113 | Chase Bank USA N A | FIRST AND FINAL INTEREST PAYMENT FOR CLAIM NO. 4 PER COURT ORDER OF 01/27/2015 | 7990-000 | | 3.43 | 40,804.24 |
| 01/27/15 | 114 | Chase Bank USA N A | FIRST AND FINAL DIVIDEND PAYMENT FOR CLAIM NO. 5 PER COURT ORDER OF 01/27/2015 | 7200-000 | | 11,080.37 | 29,723.87 |
| 01/27/15 | 115 | Chase Bank USA N A | FIRST AND FINAL INTEREST PAYMENT FOR CLAIM NO. 5 PER COURT ORDER OF 01/27/2015 | 7990-000 | | 14.60 | 29,709.27 |
| 01/27/15 | 116 | Chase Bank USA N A | FIRST AND FINAL DIVIDEND PAYMENT FOR CLAIM NO. 6 PER COURT ORDER OF 01/27/2015 | 7200-000 | | 5,717.20 | 23,992.07 |
| 01/27/15 | 117 | Chase Bank USA N A | FIRST AND FINAL INTEREST PAYMENT | 7990-000 | | 7.53 | 23,984.54 |

Subtotals :   $0.00   $41,413.00

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 13-44911 | **Trustee:** | KAREN R. GOODMAN (520191) |
|---|---|---|---|
| **Case Name:** | KRISCHAK, DONALD P | **Bank Name:** | Rabobank, N.A. |
| | KRISCHAK, CHRISTINE M | **Account:** | ******2166 - Checking Account |
| **Taxpayer ID #:** | **-***5182 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 04/15/15 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | FOR CLAIM NO. 6 PER COURT ORDER OF 01/27/2015 | | | | |
| 01/27/15 | 118 | Chase Bank USA N A | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 7 PER COURT ORDER OF 01/27/2015 | 7200-000 | | 8,600.52 | 15,384.02 |
| 01/27/15 | 119 | Chase Bank USA N A | FIRST AND FINAL INTEREST PAYMENT FOR CLAIM NO. 7 PER COURT ORDER OF 01/27/2015 | 7990-000 | | 11.33 | 15,372.69 |
| 01/27/15 | 120 | Chase Bank USA N A | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 8 PER COURT ORDER OF 01/27/2015 | 7200-000 | | 10,157.61 | 5,215.08 |
| 01/27/15 | 121 | Chase Bank USA N A | FIRST AND FINAL INTEREST PAYMENT FOR CLAIM NO. 8 PER COURT ORDER OF 01/27/2015 | 7990-000 | | 13.39 | 5,201.69 |
| 01/27/15 | 122 | KRISCHAK, DONALD P. and CHRISTINE M. | FIRST AND FINAL SURPLUS PAYMENT PER COURT ORDER OF 01/27/2015 | 8200-002 | | 5,201.69 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 67,159.02 | 67,159.02 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 67,159.02 | 67,159.02 | |
| | | | Less: Payments to Debtors | | | 35,201.69 | |
| | | | **NET Receipts / Disbursements** | | $67,159.02 | $31,957.33 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2166** | 67,159.02 | 31,957.33 | 0.00 |
| | $67,159.02 | $61,957.33 | $0.00 |